UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JULIO REYNOSO CONCEPCION<br>Debtor(s) | CASE 14-02259-ESL<br><br>CHAPTER 13 |

### NOTICE OF FILING AMENDED PLAN-

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that Debtor filed a Chapter 13 Amended Plan Dated SEPTEMBER 9, 2014.

Parties in interest are hereby granted twenty (21) days from the date of notice to oppose the motion and request a hearing. If no opposition is filed within the prescribed period of time the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed the Court will schedule the motion for a hearing as contested matter.

/S/VICTOR THOMAS SANTIAGO, ESQ.
ATTORNEY FOR DEBTOR

I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF Filing System which will send a notification, upon information and belief, of such filing to the Chapter 13 Trustee; and to all subscribed users. We will serve by regular mail this document to any creditor as per master address list upon knowing that they are non CM/ECF participants.

In San Juan, Puerto Rico, this 9 th day of SEPTEMBER 2014.

/S/Victor C. Thomas Santiago
USDC PR # 209807
151 Ave de Diego, Suite B
San Juan, Puerto Rico 00911
Tel. (787) 722-5601
Fax (787) 724-6366
E-mail: vthomas@thomasmag.com

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                             Case No. _____

REYNOSO CONCEPCION, JULIO N                         Chapter 13
                      Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                        ☑ AMENDED PLAN DATED: 9/9/14
☐ PRE ☐ POST-CONFIRMATION                  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 250.00 x | 23 = $ | 5,750.00 |
|---|---|---|---|
| $ | 290.00 x | 8 = $ | 2,320.00 |
| $ | 360.00 x | 29 = $ | 10,440.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ 18,510.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 18,510.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,774.00

Signed: /s/ JULIO N REYNOSO CONCEPCION
         Debtor

         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☐ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
AELA POC#7
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
APM Sistema de Retiro POC#4 #9, #10
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
TRUSTEE TO PAY ATTORNEY FEES BEFORE ANY OTHER CREDITOR

ASSUME PRIORITY $8,984

Tax refunds will be devoted each year, as a periodic payment to the plan's funding until plan completion, the tender of such payment shall deem the plan modified by such amount, increasing the base thereby without the need of further notice, hearing or Court order. If need be for the use by debtor(s) of a portion of such refund, debtor(s) shall seek Court's authorization prior to any use of funds.

DEBTOR AGREE TO THE LIFT OF STAY IN FAVOR OF M BERRIOS TRUSTEE WILL NOT MAKE DISBURSEMENTS TO THIS CLAIM AS PER THE LIFT OF STAY

Attorney for Debtor **Victor Thomas Santiago**                    Phone: _____

CHAPTER 13 PAYMENT PLAN

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only