**UNITED STATES BANKRUPTCY COURT**
**DISTRICT 1**

| | |
|---|---|
| In re: <br><br> JULIO N REYNOSO CONCEPCION <br><br> Debtor(s) | Case No. 14-02259-ESL |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

ALEJANDRO OLIVERAS RIVERA, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/24/2014.

2) The plan was confirmed on 09/10/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/09/2015.

5) The case was dismissed on 07/29/2015.

6) Number of months from filing to last payment: 10.

7) Number of months case was pending: 17.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,962.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $2,000.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $2,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,860.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $140.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,000.00

Attorney fees paid and disclosed by debtor: $226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ADMINISTRACION DE LOS SISTEMAS | Secured | 0.00 | 0.00 | 5,054.98 | 0.00 | 0.00 |
| ADMINISTRACION DE LOS SISTEMAS | Secured | 0.00 | 0.00 | 1,752.75 | 0.00 | 0.00 |
| ADMINISTRACION DE LOS SISTEMAS | Secured | 90,738.00 | 0.00 | 90,738.57 | 0.00 | 0.00 |
| ASOCIACION EMPLEADOS DEL ELA | Secured | 13,932.00 | 0.00 | 7,741.06 | 0.00 | 0.00 |
| ASOCIACION EMPLEADOS DEL ELA | Unsecured | 0.00 | 0.00 | 7,477.81 | 0.00 | 0.00 |
| ASUME | Priority | 8,984.00 | 0.00 | 8,984.46 | 0.00 | 0.00 |
| AT AND T MOBILITY PUERTO RICO I | Unsecured | 639.00 | 0.00 | 2,459.07 | 0.00 | 0.00 |
| EMPRESAS BERRIOS INC | Secured | 3,596.00 | 0.00 | 4,135.84 | 0.00 | 0.00 |
| MARIELA DELGADO PEREZ | OTHER | 8,600.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 0.00 | 7,415.47 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 0.00 | 0.00 | 6,624.45 | 0.00 | 0.00 |
| SCOTIABANK | Unsecured | 28,392.83 | 0.00 | 26,007.11 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $109,423.20 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$109,423.20** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $8,984.46 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$8,984.46** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$49,983.91** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,000.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$2,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/17/2015                    By: /s/ ALEJANDRO OLIVERAS RIVERA
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

14-02259-ESL  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JULIO N REYNOSO CONCEPCION
TURABO HEIGHTS
APT 4B EDIF 19
CAGUAS, PR  00725

ADMINISTRACION DE LOS SISTEMAS DE
RETIRO
PO BOX 42003
SAN JUAN, PR  00940-2203

ASOCIACION EMPLEADOS DEL ELA
PO BOX 364508
SAN JUAN, PR  00936-4508

ASUME
PO BOX 71442
SAN JUAN, PR  00936

AT&T SERVICES
PO BOX 537104
ATLANTA, GA  30353-7104

AT AND T MOBILITY PUERTO RICO INC
AT AND T SERVICES, INC
KAREN CAVAGNARO, PARALEGAL
ONE AT AND T WAY, ROOM 3A104
BEDMINSTER, NJ  07921

BAY AREA C S
1901 W 10TH ST
ANTIOCH, CA  94509

COMMOLOCO
CALLE VIZCARRONDO #75
CAGUAS, PR  00725

LCDA, MADELINE ROSA FLORES
PO BOX 12
CAGUAS, PR  00726-0012

LCDA. MADELINE ROSA FLORES
PO BOX 12
CAGUAS, PR  00726-0012

MARIELA DELGADO PEREZ
CALLE 600 JJ-10 VILLAS DE CASTRO
CAGUAS, PR  00725

**UST Form 101-13-FR-S (09/01/2009)**

MUEB BERRIOS
P.O. BOX 674
CIDRA, PR 00639

SCOTIABANK
PO BOX 362230
SAN JUAN, PR 00936-2230

SEARS/CBNA
PO BOX 6282
SIOUX FALLS, SD 57117

T-MOBILE
654 AVE MUNOZ RIVRA SUITE 2000
SAN JUAN, PR 00918

VIRTUOSO SOURCING GROUP
3033 S PARKER RD SUITE 100
AURORA, CO 80014

ADMINISTRACION PARA EL SUSTENTO DE MENORES
PO BOX 71316
SAN JUAN, PR 00936-8416

EMPRESAS BERRIOS INC
PO BOX 674
CIDRA, PR 00739-0674

SCOTIABANK DE PUERTO RICO
C/O LAW OFFICES HERRERO III AND RODRIGUEZ ORTIZ PS
PO BOX 362159
SAN JUAN, PR 00936-2159

MIDLAND FUNDING LLC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON, TX 77210-4457

DATED: August 17, 2015

/S/JUAN RIVERA
OFFICE OF THE CHAPTER 13 TRUSTEE

**UST Form 101-13-FR-S (09/01/2009)**